# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

## Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **APRIL 2026**   **01698** |
| E-Filing Number: 2604029717 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DUNBAR TOWNSHIP EAGLES AERIE 3292 & LADIES AUXILIARY | GRANITE STATE INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 100 EAGLES ROAD LEISENRING PA 15455 | 500 WEST MADISON STREET SUITE 3000 CHICAGO IL 60661 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal  ☐ Writ of Summons  ☒ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less  ☒ More than $50,000.00 | ☐ Arbitration    ☐ Mass Tort        ☒ Commerce      ☐ Settlement ☐ Jury         ☐ Savings Action    ☒ Minor Court Appeal  ☐ Minors ☒ Non-Jury     ☐ Petition          ☐ Statutory Appeals   ☐ W/D/Survival ☐ Other: |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
|  | APR **13** 2026 **S. GILLIAM** | YES      NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DUNBAR TOWNSHIP EAGLES AERIE 3292 & LADIES AUXILIARY

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL CASPER | 1650 ARCH STREET SUITE 2200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)971-1000 | none entered |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 313385 | MCASPER@WDBLEGAL.COM |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *MICHAEL CASPER* | Monday, April 13, 2026, 03:34 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Michael Casper, Esquire
Attorney I.D. No.: 313385
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: mcasper@wdblegal.com



MAJOR CASE
JURY TRIAL

| | |
|---|---|
| DUNBAR TOWNSHIP EAGLES<br>AERIE 3293 & LADIES AUXILIARY<br>100 Eagles Road<br>Leisenring, PA 15455<br><br>vs.<br><br>GRANITE STATE<br>INSURANCE COMPANY<br>500 West Madison Street - Suite 3000<br>Chicago, IL 60661 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

<table>
<tr><th>NOTICE</th><th>AVISO</th></tr>
<tr><td>

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

</td><td>

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

</td></tr>
</table>

Case ID: 26040169

A
1
G

0
L
0
9

4
/
2
0
/
2
0
2
6

**MAJOR CASE**
**JURY TRIAL WAIVED**

**WHEELER, DIULIO & BARNABEI, P.C.**

BY: Michael Casper, Esquire                                        Attorney for Plaintiff
Attorney I.D. No.: 313385
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: mcasper@wdblegal.com

| | |
|---|---|
| DUNBAR TOWNSHIP EAGLES AERIE 3293 & LADIES AUXILIARY<br>100 Eagles Road<br>Leisenring, PA 15455<br><br>vs.<br><br>GRANITE STATE INSURANCE COMPANY<br>500 West Madison Street - Suite 3000<br>Chicago, IL 60661 | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br><br><br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

1.      Plaintiff, Dunbar Township Eagles Aerie 3293 & Ladies Auxiliary ("Plaintiff"), is a private club located at the address set forth above.

2.      Defendant, Granite State Insurance Company ("Defendant"), is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.      Defendant, in its regular course of business, issued to Plaintiff a policy of insurance ("Policy") covering Plaintiff's property located at 100 Eagles Road, Leisenring, PA 15455 ("Property"). A true and correct copy of the Declarations page of said policy is attached hereto as **Exhibit A.**

Case ID: 26040169

4.      On or about April 29, 2025, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, namely, a wind and rainstorm, resulting in damage to the insured Property and those areas and to the extent set forth in the preliminary estimates of loss, true and correct copies of which are attached hereto as **Exhibit B**.

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused without legal justification or cause, to pay to Plaintiff monies owed for the damages suffered as a result of the loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid Plaintiff all the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's Property to pre-loss condition.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

WHEELER, DIULIO, & BARNABEI, P.C.


BY:     */s/ Michael Casper*
        MICHAEL CASPER, Esquire
        Attorney for Plaintiff

## VERIFICATION

I, Michael Casper, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

WHEELER, DIULIO, & BARNABEI, P.C.

BY:    */s/ Michael Casper*
          MICHAEL CASPER, Esquire
          Attorney for Plaintiff

Case ID: 26040169

# EXHIBIT A

Case ID: 26040169

(Page 9 of 155)



# GRANITE STATE INSURANCE COMPANY

(A stock company)

1271 Ave of the Americas FL 37
New York, NY 10020-1304
## COMMON POLICY DECLARATIONS

| POLICY NO: AIP0003450379200 |
|---|
| RENEWAL OF: |

**NAMED INSURED AND MAILING ADDRESS**

DUNBAR TOWNSHIP EALGES AERIE 3293 & LADIES
AUXILIARY
PO BOX 173
LEISENRING, PA 15455

**PRODUCER MAILING ADDRESS**

K&K INSURANCE GROUP, INC.
1712 MAGNAVOX WAY
P.O. BOX 2336
FORT WAYNE, IN 46801

**POLICY PERIOD:** From 06/28/2024 to 06/28/2025 at 12:01 A.M. Standard Time at your mailing address shown above.

**THE NAMED INSURED IS:** Other      **BUSINESS DESCRIPTION:** FRATERNAL ORDER

**AUDIT FREQUENCY:**      N/A

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. | |
|---|---|
| | **PREMIUM** |
| COMMERCIAL PROPERTY | $6,762.00 |
| COMMERCIAL GENERAL LIABILITY | $3,673.00 |
| CRIME AND FIDELITY | |
| COMMERCIAL INLAND MARINE | |
| PROFESSIONAL LIABILITY | |
| TOTAL POLICY PREMIUM | $10,435.00 |
| POLICY WRITING NONREFUNDABLE PREMIUM | $500.00 |

| PREMIUM | | AT | 1ST | | 2ND |
|---|---|---|---|---|---|
| PAYABLE: | $10,435.00 | INCEPTION; | ANNIVERSARY; | | ANNIVERSARY |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**

| | | | | |
|---|---|---|---|---|
| 141636(05/21) | IL0017(11/98) | 118950(02/20) | 89644(06/13) | IL0021(09/08) |
| IL0022(05/87) | IL0120(10/13) | IL0166(09/07) | IL0172(09/07) | IL0246(09/07) |
| IL0910(07/02) | IL0935(07/02) | | | |

**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE
THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE
APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A
PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

THE UNDERSIGNED CERTIFIES THAT THIS
PHOTOCOPY WITH THE ENDORSEMENTS
ATTACHED IS A TRUE AND CORRECT COPY
OF THE POLICY.

94858 10-15

_(signature)_  10/23/25
SIGNATURE      DATE

Page 1 of 1

Case ID: 26040169

(Page 10 of 155)

# ADDENDUM TO THE DECLARATIONS

By signing below, the President and the Secretary of the insurer agree on behalf of the insurer to all the terms of this Policy.

President

Secretary

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurance Company, either below or on the Declarations page of the Policy.

**Thomas McGrath**
**AUTHORIZED COMPANY REPRESENTATIVE**

Granite State Insurance Company
The Insurance Company of the State of Pennsylvania Illinois National Insurance Co.
New Hampshire Insurance Company American Home Assurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company

**78711 (04/2023)**

**Page 1 of 1**

Case ID: 26040169

(Page 28 of 155)

COMMERCIAL PROPERTY
CP DS 00 10 00

# Commercial Property Coverage Part
## Declarations Page

**POLICY NO.** AIP0003450379200    **EFFECTIVE DATE** 06/28/2024    ☐ "X" If Supplemental Declarations is attached.

**NAMED INSURED**    DUNBAR TOWNSHIP EALGES AERIE 3293 & LADIES AUXILIARY

## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|
| 1 | 1 | 100 EAGLES ROAD, LEISENRING, PA 15455 JM/EAGLES CLUB |
| 1 | 2 | 100 EAGLES ROAD, LEISENRING, PA 15455 FRM/PAVILION 1 |
| 1 | 3 | 100 EAGLES ROAD, LEISENRING, PA 15455 FRM/PAVILION 2 |
| 1 | 4 | 100 EAGLES ROAD, LEISENRING, PA 15455 FRM/PAVILION 3 |

**COVERAGES PROVIDED** Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg.No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|
| 1 | 1 | B | $2,445,775 | SPECIAL | 80% | Incl. |
| 1 | 1 | BPP | $100,000 | SPECIAL | 80% | Incl. |
| 1 | 2 | B | $30,000 | SPECIAL | 80% | Incl. |
| 1 | 3 | B | $25,000 | SPECIAL | 80% | Incl. |
| 1 | 4 | B | $20,000 | SPECIAL | 80% | Incl. |

\* If Extra Expense Coverage, limits on Loss Payment

**OPTIONAL COVERAGES**    Applicable only when entries are made in the schedule below.

| Prem. No. | Bldg. No. | Expiration Date | Agreed Value Cov. | Amount | Building | Replace Cost (X) Pers. Prop | Incl. "Stock" |
|---|---|---|---|---|---|---|---|
| 1 | 1-4 | | | | X | X | |
| 1 | 1 | | | | | | |

| Inflation Guard (%) | | *Monthly Limit of | *Maximum Period | *Extended Period |
|---|---|---|---|---|
| Bldg. | Pers. Prop. | Indemnity (Fraction) | Of Indemnity (X) | Of Indemnity (Days) |

*Applies to business income only.

## MORTGAGE HOLDERS

| PREM. NO. | BLDG.NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | Somerset Trust Company 904 West Crawford Ave Connellsville, PA 15425 |

**PROPERTY PREMIUM:**    $6,762.00
Premium above Includes N/A for the Terrorism Risk Insurance Act.

## DEDUCTIBLE

CP DS 00 10 00    Copyright, Insurance Services Office, Inc., 1999    Page 1 of 2

Case ID: 26040169

The deductible is        $1,000
**Exceptions:**                                  Building
                                          Business Personal Property

## FORMS APPLICABLE

CP0090(07/88)          CP0010(10/12)          CP1030(09/17)          CP9903(12/19)
CP0140(07/06)          CP1075(12/20)          CP1211(09/17)          CP0411(09/17)
141737(11/21)          128472(11/21)

## FORMS APPLICABLE TO SPECIFIC PREMISES / COVERAGES

| PREM. NO. | BLDG. NO. | COVERAGES | FORM NUMBER |
|---|---|---|---|

## COVERAGE KEY

| | | |
|---|---|---|
| BI/EE/RV | = Business Income (and Extra Expense) including Rental Value | LLBLDG = Legal Liability Real Property |
| | | EE = Extra Expense |
| BI/EE | = Business Income (and Extra Expense) other than Rental Value | B = Building |
| | | B & BPP = Blanket Building and Business Personal Property |
| RV | = Rental Value | |
| BI/RV | = Business Income (without Extra Expense) | BPP = Business Personal Property |
| Value | = including Rental Value | BIDEP = Business Income from Dependent Properties |
| BI | = Business Income (without Extra Expense) other than Rental Value | TIB = Tenants Improvements and Betterments |
| | | PPO = Personal Property of Others |
| LEASEHOLD | Leaseholder Interest | LLBPP = Legal Liability Personal Property |

Copyright, Insurance Services Office, Inc., 1999            CP DS 00 10 00

Case ID: 260401698

# EXHIBIT B

Case ID: 26040169

 **AR Roofing & Remodeling**

AR Roofing & Remodeling
205 New Salem Road
Uniontown PA, 15401
724-550-3064

Insured:   Dunbar Eagles                                        Home:   (724) 289-6193
Property:  100 Eagle Rd
           Dunbar , PA 15431

**Claim Number: 123456**          **Policy Number:**                    **Type of Loss:**

Date of Loss:                              Date Received:
Date Inspected:                            Date Entered:   5/16/2025 1:09 PM

Price List:    PAPB8X_MAY25
               Restoration/Service/Remodel
Estimate:      DUNBAR_EAGLES_ROOF

*Please change the price list to PAPB8X_MAY25*
*To correctly reflect the property's geographic region and up-to-date material/labor prices.*

During the repair process, any further damages that are discovered or come forth will be submitted in a supplement estimate that will include (but not be limited to) the building permit fee, etc. AR Roofing & Remodeling reserves the right to incorporate general contractor overhead and profit into each estimate. Separate from this estimate is a copy of our Certified General Contractor license.

As General Contractor, AR Roofing & Remodeling is required to handle the permit process, OSHA regulations compliance, General Liability Insurance for the project and Workmen's Compensation Insurance for AR Roofing & Remodeling employees/subcontractors that AR Roofing & Remodeling supervises, or otherwise enter the job site while work is in progress.

Xactware's white paper on O&P states:
"General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate."

## **\*\*The roof has sustained significant wind damage, with affected shingles observed on every slope. The shingles are in an advanced state of deterioration, exhibiting extreme brittleness, which causes them to crack and break easily. Their fragile condition makes any attempt to repair impossible. Consequently, the roof requires complete replacement.**

Case ID: 26040169



## AR Roofing & Remodeling

AR Roofing & Remodeling
205 New Salem Road
Uniontown PA, 15401
724-550-3064

### DUNBAR_EAGLES_ROOF

**Main Level**

**DUNBAR EAGLE ROOF**



| | | | |
|---|---|---|---|
| 92.76 Surface Area | | 0.93 Number of Squares | |
| 39.46 Total Perimeter Length | | 12.00 Total Ridge Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 105.31 SQ | 74.95 | 0.00 | 0.00 | 7,892.98 |
| 2. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 116.00 SQ | 0.00 | 319.61 | 852.04 | 37,926.80 |
| Includes 10% waste factor | | | | | |
| 3. R&R Hip / Ridge cap - Standard profile - composition shingles | 308.00 LF | 4.56 | 8.10 | 59.32 | 3,958.60 |
| R904.1 Scope | | | | | |
| 4. Asphalt starter - universal starter course | 305.00 LF | 0.00 | 2.59 | 11.35 | 801.30 |
| R904.1 Scope | | | | | |
| 5. Ice & water barrier | 1,787.00 SF | 0.00 | 2.38 | 51.47 | 4,304.53 |
| R905.1.2 Ice barriers | | | | | |
| 6. Roofing felt - 15 lb. | 97.97 SQ | 0.00 | 51.15 | 52.26 | 5,063.43 |
| 7. R&R Counterflashing - Apron flashing | 45.00 LF | 0.78 | 15.78 | 5.62 | 750.82 |
| R908.5 Reinstallation of materials R908.6 Flashings R903.2 Flashing | | | | | |
| 8. Step flashing | 61.00 LF | 0.00 | 15.68 | 8.20 | 964.68 |
| R908.5 Reinstallation of materials R908.6 Flashings R903.2 Flashing | | | | | |
| 9. R&R Drip edge | 632.00 LF | 0.44 | 3.82 | 43.99 | 2,736.31 |
| R905.2.8.5 Drip Edge | | | | | |
| 10. R&R Continuous ridge vent - shingle-over style | 176.00 LF | 1.11 | 14.49 | 59.45 | 2,805.05 |
| 11. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 40.11 SQ | 28.93 | 0.00 | 0.00 | 1,160.38 |
| 12. Additional charge for steep roof - 10/12 - 12/12 slope | 44.12 SQ | 0.00 | 116.96 | 0.00 | 5,160.28 |
| Includes 10% waste factor | | | | | |



Case ID: 26040169



## AR Roofing & Remodeling

AR Roofing & Remodeling
205 New Salem Road
Uniontown PA, 15401
724-550-3064

### CONTINUED - DUNBAR EAGLE ROOF

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 13. Remove Additional charge for high roof (2 stories or greater) | 81.42 SQ | 6.96 | 0.00 | 0.00 | 566.68 |
| 14. Additional charge for high roof (2 stories or greater) | 89.56 SQ | 0.00 | 32.87 | 0.00 | 2,943.84 |
| Includes 10% waste factor | | | | | |
| 15. R&R Sheathing - OSB - 1/2" | 6,379.00 SF | 0.74 | 2.98 | 241.13 | 23,971.01 |
| 16. R&R Meter mast for overhead power - 2" conduit | 1.00 EA | 80.22 | 601.29 | 12.77 | 694.28 |
| 17. R&R Roof mount power attic vent | 3.00 EA | 32.92 | 316.62 | 24.15 | 1,072.77 |
| 18. R&R Flashing - pipe jack - split boot | 2.00 EA | 10.42 | 109.58 | 6.05 | 246.05 |
| 19. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 24.70 | 632.34 | 6.81 | 663.85 |
| 20. R&R Flashing for AC Units | 2.00 EA | 16.47 | 504.83 | 7.60 | 1,050.20 |
| 21. R&R Gable cornice return - 3 tab - 2 stories or greater | 14.00 EA | 17.96 | 155.77 | 6.61 | 2,438.83 |
| 22. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | 750.00 | 0.00 | 0.00 | 1,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| Totals: DUNBAR EAGLE ROOF | | | | 1,448.82 | 108,672.67 |
| Total: Main Level | | | | 1,448.82 | 108,672.67 |
| Line Item Totals: DUNBAR_EAGLES_ROOF | | | | 1,448.82 | 108,672.67 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 3.63 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 92.76 | Surface Area | 0.93 | Number of Squares | 39.46 | Total Perimeter Length |
| 12.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Case ID: 26040169

 **AR Roofing & Remodeling**

AR Roofing & Remodeling
205 New Salem Road
Uniontown PA, 15401
724-550-3064

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 107,223.85 |
| Material Sales Tax | 1,448.82 |
| **Replacement Cost Value** | **$108,672.67** |
| **Net Claim** | **$108,672.67** |

Case ID: 260401693



**AR Roofing & Remodeling**

AR Roofing & Remodeling
205 New Salem Road
Uniontown PA, 15401
724-550-3064

## Recap of Taxes

| | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) | Dryclean/Laundry Tax (6%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 1,448.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | |
| | 1,448.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case ID: 26040169

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

Insured:     Dunbar Eagles
Property:   100 Eagles Road
              Leisingring, PA 15455

Estimator:  Jeff Mrozek                                          Business:   (412) 657-9756
Company:  IAS

**Claim Number:** AG00541-24          **Policy Number:** AIP0003450379200          **Type of Loss:** Wind Damage

Date of Loss:    4/29/2025 10:53 AM               Date Received:
Date Inspected:                                          Date Entered:     9/24/2025 1:13 PM

Price List:      PAPB8X_SEP25
                   Restoration/Service/Remodel
Estimate:        DUNBAREAGLES=RECON

**\*\*\*\*THIS ESTIMATE IS FOR INTERIOR REPAIRS ONLY\*\*\*\***

**\*\*\*\*IMPORTANT PLEASE READ \*\*\*\***

This estimate could not be considered final and may vary due to hidden damages. Our pictures do not illustrate all the damages on the property.

The scope of damages noted herein is based on visual inspection; any and all hidden damages will be addressed in the future upon discovery.

Any errors or omissions will be corrected as soon as we are made aware of them. Any errors or omissions do not constitute any misrepresentation on the part of the estimator, representative of the insured, it is only an error that will be corrected as soon as possible. Nothing herein constitutes, nor should it be constituted as a waiver of the rights of the policyholder under their insurance policy.

Case ID: 26040169



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

**DUNBAREAGLES=RECON**

**DOCUMENT1**

**Level 1**

| Pool Table Room | | | | | | Height: 10' 4" |
|---|---|---|---|---|---|---|
| 1,846.52 SF Walls | | | 1,356.09 SF Ceiling | | | |
| 3,202.61 SF Walls & Ceiling | | | 1,356.09 SF Floor | | | |
| 150.68 SY Flooring | | | 177.61 LF Floor Perimeter | | | |
| 185.67 LF Ceil. Perimeter | | | | | | |

| Missing Wall - Goes to Floor | 8' 11/16" X 7' 1 9/16" | Opens into BAR |
|---|---|---|
| Missing Wall - Goes to neither Floor/Ceiling | 2' 15/16" X 7' 1/4" | Opens into HALLWAY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Content Manipulation charge - per hour | 8.00 HR | | 0.00 | 49.49 | 0.00 | 79.18 | 475.10 |

4 Men @ 2 Hours to move contents which include 2 slate pool tables to an area to be cleaned and replaced

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2. Floor protection - cloth - skid resistant, breathable | 1,356.09 SF | | 1.31 | 0.00 | 52.89 | 365.88 | 2,195.25 |
| 3. Clean floor or roof joist system | 1,356.09 SF | | 0.00 | 1.35 | 133.56 | 366.46 | 2,330.74 |

Clean the ceiling joists due to water intrusion

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 4. Seal floor/ceiling joist system (anti-microbial coating) | 1,356.09 SF | | 0.00 | 3.73 | 174.12 | 1,046.46 | 6,278.80 |

Seal with an anti-microbial sealant due to the water intrusion

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 5. R&R Batt insulation - 10" - R30 - paper / foil faced | 1,356.09 SF | | 0.47 | 2.10 | 119.61 | 720.96 | 4,325.72 |
| 6. R&R Suspended ceiling tile - 2' x 2' | 1,356.09 SF | | 0.29 | 2.68 | 135.88 | 832.70 | 4,996.17 |
| 7. Clean evaporative cooler diffuser | 14.00 EA | | 0.00 | 22.24 | 22.43 | 62.28 | 396.07 |
| 8. Clean suspended ceiling grid | 1,356.09 SF | | 0.00 | 0.43 | 42.86 | 116.78 | 742.76 |
| 9. Clean cold air return cover | 4.00 EA | | 0.00 | 12.38 | 3.58 | 9.90 | 63.00 |
| 10. R&R Ceiling fan & light | 6.00 EA | | 24.91 | 352.42 | 54.44 | 463.68 | 2,782.10 |
| 11. R&R Smoke detector | 3.00 EA | | 14.65 | 63.94 | 5.51 | 48.26 | 289.54 |
| 12. Clean sport/game table - Pool/Billiard | 2.00 EA | | 0.00 | 108.62 | 16.75 | 43.64 | 277.63 |
| 13. Clean floor | 3,202.61 SF | | 0.00 | 0.58 | 135.80 | 371.88 | 2,365.19 |

SF refers to the cleaning of the floor and walls

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 14. Contents Cleaning Technician - per hour | 6.00 HR | | 0.00 | 58.47 | 25.26 | 70.16 | 446.24 |

Case ID: 26040169



## Insurance Adjusting Services of Western PA

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

### CONTINUED - Pool Table Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2 men @ 3 hours | | | | | | | |

**Clean light bars over pool tables 2**
**Clean the tables and chairs.**
**Clean the Halloween decorations.**
**Clean the pictures on the wall.**
**Clean the TV's.**
**Clean TV brackets**
**Clean the dart boards.**
**Clean on wall speakers**
**Clean the beer signs.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Pool Table Room | | | | | 922.69 | 4,598.22 | 27,964.31 |



**Ladies Restroom**  Height: 7' 10"

| | |
|---|---|
| 394.28 SF Walls | 153.28 SF Ceiling |
| 547.56 SF Walls & Ceiling | 153.28 SF Floor |
| 17.03 SY Flooring | 50.33 LF Floor Perimeter |
| 50.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 15. Floor protection - cloth - skid resistant, breathable | 153.28 SF | | 1.31 | 0.00 | 5.98 | 41.36 | 248.14 |
| 16. R&R Batt insulation - 10" - R30 - paper / foil faced | 153.28 SF | | 0.47 | 2.10 | 13.52 | 81.48 | 488.93 |
| 17. Clean floor or roof joist system | 153.28 SF | | 0.00 | 1.35 | 15.10 | 41.42 | 263.45 |
| **Clean the ceiling joists due to water intrusion** | | | | | | | |
| 18. Seal floor/ceiling joist system (anti-microbial coating) | 153.28 SF | | 0.00 | 3.73 | 19.68 | 118.28 | 709.69 |
| **Seal with an anti-microbial sealant due to the water intrusion** | | | | | | | |
| 19. R&R Suspended ceiling tile - 2' x 2' | 153.28 SF | | 0.29 | 2.68 | 15.36 | 94.14 | 564.74 |
| 20. Clean suspended ceiling grid | 153.28 SF | | 0.00 | 0.43 | 4.84 | 13.20 | 83.95 |
| 21. R&R Recessed light fixture | 2.00 EA | | 14.70 | 125.19 | 4.43 | 56.84 | 341.05 |
| 22. R&R Smoke detector | 1.00 EA | | 14.65 | 63.94 | 1.84 | 16.08 | 96.51 |
| 23. R&R Exhaust fan | 1.00 EA | | 19.80 | 261.62 | 6.68 | 57.62 | 345.72 |
| 24. R&R Emergency lighting - battery - Commercial | 1.00 EA | | 16.51 | 303.14 | 14.13 | 66.74 | 400.52 |

DUNBAREAGLES=RECON    10/31/2025    Page: 3

Case ID: 26040169



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## CONTINUED - Ladies Restroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 25.  Clean evaporative cooler diffuser | 1.00 EA | | 0.00 | 22.24 | 1.60 | 4.44 | 28.28 |
| 26.  Clean sink faucet | 2.00 EA | | 0.00 | 13.77 | 1.98 | 5.50 | 35.02 |
| 27.  Clean sink | 2.00 EA | | 0.00 | 18.51 | 2.66 | 7.40 | 47.08 |
| 28.  Clean soap/hand sanitizer dispenser | 1.00 EA | | 0.00 | 10.06 | 0.72 | 2.02 | 12.80 |
| 29.  Clean countertop | 16.00 SF | | 0.00 | 1.06 | 1.24 | 3.40 | 21.60 |
| 30.  Clean toilet | 3.00 EA | | 0.00 | 31.09 | 6.73 | 18.66 | 118.66 |
| 31.  Clean toilet paper dispenser | 3.00 EA | | 0.00 | 10.04 | 2.18 | 6.02 | 38.32 |
| 32.  Clean floor | 547.56 SF | | 0.00 | 0.58 | 23.21 | 63.58 | 404.37 |

**SF refers to the cleaning of the floor and walls**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Ladies Restroom | | | | | 141.88 | 698.18 | 4,248.83 |



| Mens Restroom | | | | | | | Height: 7' 10" |
|---|---|---|---|---|---|---|---|

390.36  SF Walls        149.17  SF Ceiling
539.53  SF Walls & Ceiling      149.17  SF Floor
16.57  SY Flooring        49.83  LF Floor Perimeter
49.83  LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 33.  Floor protection - cloth - skid resistant, breathable | 149.17 SF | | 1.31 | 0.00 | 5.82 | 40.24 | 241.47 |
| 34.  R&R Batt insulation - 10" - R30 - paper / foil faced | 149.17 SF | | 0.47 | 2.10 | 13.16 | 79.32 | 475.85 |
| 35.  Clean floor or roof joist system | 149.17 SF | | 0.00 | 1.35 | 14.69 | 40.32 | 256.39 |
| **Clean the ceiling joists due to water intrusion** | | | | | | | |
| 36.  Seal floor/ceiling joist system (anti-microbial coating) | 149.17 SF | | 0.00 | 3.73 | 19.15 | 115.12 | 690.67 |
| **Seal with an anti-microbial sealant due to the water intrusion** | | | | | | | |
| 37.  R&R Suspended ceiling tile - 2' x 2' | 149.17 SF | | 0.29 | 2.68 | 14.95 | 91.62 | 549.61 |
| 38.  Clean suspended ceiling grid | 149.17 SF | | 0.00 | 0.43 | 4.71 | 12.84 | 81.69 |
| 39.  R&R Smoke detector | 1.00 EA | | 14.65 | 63.94 | 1.84 | 16.08 | 96.51 |
| 40.  R&R Exhaust fan | 1.00 EA | | 19.80 | 261.62 | 6.68 | 57.62 | 345.72 |

DUNBAREAGLES=RECON           10/31/2025       Page: 4



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

### CONTINUED - Mens Restroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 41. R&R Emergency lighting - battery - Commercial | 1.00 EA | | 16.51 | 303.14 | 14.13 | 66.74 | 400.52 |
| 42. Clean evaporative cooler diffuser | 1.00 EA | | 0.00 | 22.24 | 1.60 | 4.44 | 28.28 |
| 43. Clean sink faucet | 2.00 EA | | 0.00 | 13.77 | 1.98 | 5.50 | 35.02 |
| 44. Clean sink | 2.00 EA | | 0.00 | 18.51 | 2.66 | 7.40 | 47.08 |
| 45. Clean soap/hand sanitizer dispenser | 1.00 EA | | 0.00 | 10.06 | 0.72 | 2.02 | 12.80 |
| 46. Clean countertop | 16.00 SF | | 0.00 | 1.06 | 1.24 | 3.40 | 21.60 |
| 47. Clean toilet | 2.00 EA | | 0.00 | 31.09 | 4.49 | 12.44 | 79.11 |
| 48. Clean toilet paper dispenser | 2.00 EA | | 0.00 | 10.04 | 1.44 | 4.02 | 25.54 |
| 49. Clean urinal | 2.00 EA | | 0.00 | 30.04 | 4.34 | 12.02 | 76.44 |
| 50. Clean floor | 539.53 SF | | 0.00 | 0.58 | 22.88 | 62.64 | 398.45 |

**SF refers to the cleaning of the floor and walls**

Totals: Mens Restroom ... 136.48 ... 633.78 ... 3,862.75



**Hall**                                                                 **Height: Peaked**

2,885.24 SF Walls                         3,208.74 SF Ceiling
6,093.98 SF Walls & Ceiling               3,103.62 SF Floor
  344.85 SY Flooring                        286.83 LF Floor Perimeter
  291.60 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 217.89 | 0.00 | 43.58 | 261.47 |
| 52. Floor protection - cloth - skid resistant, breathable | 3,103.62 SF | | 1.31 | 0.00 | 121.04 | 837.34 | 5,024.12 |
| 53. Clean floor or roof joist system | 3,208.74 SF | | 0.00 | 1.35 | 316.02 | 867.14 | 5,514.96 |
| *Clean the ceiling joists due to water intrusion* | | | | | | | |
| 54. Seal floor/ceiling joist system (anti-microbial coating) | 3,208.74 SF | | 0.00 | 3.73 | 412.00 | 2,476.12 | 14,856.72 |
| *Seal with an anti-microbial sealant due to the water intrusion* | | | | | | | |
| 55. R&R Batt insulation - 10" - R30 - paper / foil faced | 3,208.74 SF | | 0.47 | 2.10 | 283.01 | 1,705.90 | 10,235.37 |

DUNBAREAGLES=RECON                               10/31/2025            Page: 5

Case ID: 26040169



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

### CONTINUED - Hall

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 56. R&R Suspended ceiling tile - 2' x 2' | 3,208.74 SF | | 0.29 | 2.68 | 321.52 | 1,970.28 | 11,821.75 |
| 57. Clean suspended ceiling grid | 3,208.74 SF | | 0.00 | 0.43 | 101.41 | 276.34 | 1,757.51 |
| 58. R&R Fluorescent - four tube - 4' - fixture w/lens | 41.00 EA | | 18.39 | 138.57 | 217.02 | 1,330.48 | 7,982.86 |
| 59. R&R Ceiling fan & light | 4.00 EA | | 24.91 | 352.42 | 36.30 | 309.12 | 1,854.74 |
| 60. Remove and rehang drapery - per hour | 4.00 HR | | 0.00 | 86.68 | 0.00 | 69.34 | 416.06 |

*Refer to photo #30 in the hall. There are 24 points of contact to remove. Remove the drapery from the ceiling to be cleaned and rehung*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 61. Clean window drapery - swags - Full service | 144.00 LF | | 0.00 | 7.54 | 0.00 | 217.16 | 1,302.92 |

**12 swags at 12ft to be cleaned**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62. R&R Spot light fixture - double | 4.00 EA | | 18.39 | 92.91 | 7.19 | 90.48 | 542.87 |
| 63. Detach & Reset In-wall / In-ceiling speaker | 8.00 EA | 18.84 | 0.00 | 0.00 | 0.00 | 30.14 | 180.86 |
| 64. Detach & Reset Cafe doors - Louvered pair - up to 36" wide | 1.00 EA | 39.66 | 0.00 | 0.00 | 0.00 | 7.94 | 47.60 |

*See photo #33 in the hall for reference. In ceiling vent that would need to be detached and reset for proper cleaning*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65. R&R Fluorescent - two tube - 4' - strip light | 2.00 EA | | 18.39 | 96.83 | 5.58 | 47.22 | 283.24 |
| 66. Clean floor | 5,988.86 SF | | 0.00 | 0.58 | 253.95 | 695.42 | 4,422.91 |

*SF refers to the cleaning of the floor and walls*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Hall | | | | | 2,075.04 | 10,974.00 | 66,505.96 |
| Total: Level 1 | | | | | 3,276.09 | 16,904.18 | 102,581.85 |
| Total: DOCUMENT1 | | | | | 3,276.09 | 16,904.18 | 102,581.85 |

### Addtional Services

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 67. Scissor lift - 20' platform height (per day) | 3.00 DA | | 0.00 | 188.89 | 0.00 | 113.34 | 680.01 |
| 68. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | | 925.00 | 0.00 | 0.00 | 185.00 | 1,110.00 |
| 69. Residential Supervision / Project Management - per hour | 12.00 HR | | 0.00 | 79.47 | 0.00 | 190.72 | 1,144.36 |

DUNBAREAGLES=RECON                                    10/31/2025                Page: 6



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## CONTINUED - Addtional Services

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 70. Equipment setup, take down, and monitoring (hourly charge) | 6.00 HR | | 0.00 | 67.44 | 29.14 | 80.92 | 514.70 |

**Day 1 @ 2 Hours**
**Day 2 @ 2 Hours**
**Day 3 @ 2 Hours**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71. Neg. air fan/Air scrub.-XLrg (per 24 hr period)-No monit. | 12.00 DA | | 143.01 | 0.00 | 0.00 | 343.22 | 2,059.34 |

**4 Air Scrubbers per IICRC calculations**

**Air Filtration Devices / Air Scrubbers**
**ANSI/IICRC S500-2006 Water Loss Restoration Standard to include and as per CDC instituted stringent infection-control measures for all facility construction and renovation activities regarding the use of HEPA filtered AFD (air filtration devices) / Portable Air Scrubbers in compliance with OSHA requirements in protecting employees from unknown safety hazards on the jobsite.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 72. Add for HEPA filter (for neg. air machine/vacuum - Large) | 1.00 EA | | 0.00 | 328.41 | 43.61 | 69.40 | 441.42 |
| 73. Equipment decontamination charge - per piece of equipment | 4.00 EA | | 0.00 | 47.25 | 15.40 | 38.14 | 242.54 |

**4 Air Scrubbers**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Addtional Services | | | | | 88.15 | 1,020.74 | 6,192.37 |

## Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 74. Finish carpentry labor minimum | 1.00 EA | | 0.00 | 183.48 | 0.00 | 36.70 | 220.18 |
| 75. Hazardous waste/mold rem. labor min | 1.00 EA | | 0.00 | 22.35 | 1.61 | 4.48 | 23.44 |
| Totals: Labor Minimums Applied | | | | | 1.61 | 41.18 | 248.62 |
| **Line Item Totals: DUNBAREAGLES=RECON** | | | | | **3,365.85** | **17,966.10** | **109,022.84** |

Case ID: 26040169

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Grand Total Areas:

| | | |
|---|---|---|
| 8,160.27 SF Walls | 5,899.38 SF Ceiling | 14,059.65 SF Walls and Ceiling |
| 5,794.26 SF Floor | 643.81 SY Flooring | 832.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 874.08 LF Ceil. Perimeter |
| | | |
| 5,794.26 Floor Area | 6,026.99 Total Area | 8,218.34 Interior Wall Area |
| 5,592.43 Exterior Wall Area | 522.09 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 106,579.99 | 97.76% | 106,579.99 | 97.76% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 2,442.85 | 2.24% | 2,442.85 | 2.24% |
| Total | 109,022.84 | 100.00% | 109,022.84 | 100.00% |

Case ID: 26040169

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 85,690.35 |
| Material Sales Tax | 2,103.46 |
| Cleaning Mtl Tax | 35.33 |
| Subtotal | 87,829.14 |
| Overhead | 8,782.90 |
| Profit | 8,782.90 |
| Cleaning Sales Tax | 1,185.05 |
| **Replacement Cost Value** | **$106,579.99** |
| **Net Claim** | **$106,579.99** |

Jeff Mrozek

Case ID: 26040169

**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Summary for Contents

| | |
|---|---|
| Line Item Total | 2,000.54 |
| Cleaning Mtl Tax | 1.03 |
| Subtotal | 2,001.57 |
| Overhead | 200.15 |
| Profit | 200.15 |
| Cleaning Sales Tax | 40.98 |
| **Replacement Cost Value** | **$2,442.85** |
| **Net Claim** | **$2,442.85** |

Jeff Mrozek

Case ID: 26040169

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) | Dryclean/Laun dry Tax (6%) |
|---|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | | |
| | 8,983.05 | 8,983.05 | 2,103.46 | 36.36 | 1,226.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | | |
| | 8,983.05 | 8,983.05 | 2,103.46 | 36.36 | 1,226.03 | 0.00 | 0.00 | 0.00 | 0.00 |

DUNBAREAGLES=RECON                                    10/31/2025          Page: 11

Case ID: 260401690

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Recap by Room

**Estimate: DUNBAREAGLES=RECON**

**Area: DOCUMENT1**

**Area: Level 1**

| | | | |
|---|---|---:|---:|
| **Pool Table Room** | | **22,443.40** | **25.59%** |
| Coverage: Dwelling | 97.47% = | 21,875.34 | |
| Coverage: Contents | 2.53% = | 568.06 | |
| **Ladies Restroom** | | **3,408.77** | **3.89%** |
| Coverage: Dwelling | 100.00% = | 3,408.77 | |
| **Mens Restroom** | | **3,092.49** | **3.53%** |
| Coverage: Dwelling | 100.00% = | 3,092.49 | |
| **Hall** | | **53,456.92** | **60.96%** |
| Coverage: Dwelling | 97.32% = | 52,024.44 | |
| Coverage: Contents | 2.68% = | 1,432.48 | |
| **Area Subtotal:  Level 1** | | **82,401.58** | **93.97%** |
| Coverage: Dwelling | 97.57% = | 80,401.04 | |
| Coverage: Contents | 2.43% = | 2,000.54 | |
| **Area Subtotal:  DOCUMENT1** | | **82,401.58** | **93.97%** |
| Coverage: Dwelling | 97.57% = | 80,401.04 | |
| Coverage: Contents | 2.43% = | 2,000.54 | |
| **Addtional Services** | | **5,083.48** | **5.80%** |
| Coverage: Dwelling | 100.00% = | 5,083.48 | |
| **Labor Minimums Applied** | | **205.83** | **0.23%** |
| Coverage: Dwelling | 100.00% = | 205.83 | |
| **Subtotal of Areas** | | **87,690.89** | **100.00%** |
| Coverage: Dwelling | 97.72% = | 85,690.35 | |
| Coverage: Contents | 2.28% = | 2,000.54 | |
| **Total** | | **87,690.89** | **100.00%** |

Case ID: 26040169

 **Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | 13,044.31 | 11.96% |
| Coverage: Dwelling | @ | 100.00% = | 13,044.31 | |
| **CONT: GARMENT & SOFT GOODS CLN** | | | 1,432.48 | 1.31% |
| Coverage: Contents | @ | 100.00% = | 1,432.48 | |
| **CONT: CLEAN - GENERAL ITEMS** | | | 568.06 | 0.52% |
| Coverage: Contents | @ | 100.00% = | 568.06 | |
| **CLEANING** | | | 15,479.57 | 14.20% |
| Coverage: Dwelling | @ | 100.00% = | 15,479.57 | |
| **CONTENT MANIPULATION** | | | 613.81 | 0.56% |
| Coverage: Dwelling | @ | 100.00% = | 613.81 | |
| **GENERAL DEMOLITION** | | | 13,867.38 | 12.72% |
| Coverage: Dwelling | @ | 100.00% = | 13,867.38 | |
| **DOORS** | | | 39.66 | 0.04% |
| Coverage: Dwelling | @ | 100.00% = | 39.66 | |
| **ELECTRICAL** | | | 842.94 | 0.77% |
| Coverage: Dwelling | @ | 100.00% = | 842.94 | |
| **HEAVY EQUIPMENT** | | | 566.67 | 0.52% |
| Coverage: Dwelling | @ | 100.00% = | 566.67 | |
| **FINISH CARPENTRY / TRIMWORK** | | | 183.48 | 0.17% |
| Coverage: Dwelling | @ | 100.00% = | 183.48 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | 539.76 | 0.50% |
| Coverage: Dwelling | @ | 100.00% = | 539.76 | |
| **INSULATION** | | | 10,221.29 | 9.38% |
| Coverage: Dwelling | @ | 100.00% = | 10,221.29 | |
| **LABOR ONLY** | | | 953.64 | 0.87% |
| Coverage: Dwelling | @ | 100.00% = | 953.64 | |
| **LIGHT FIXTURES** | | | 10,627.53 | 9.75% |
| Coverage: Dwelling | @ | 100.00% = | 10,627.53 | |
| **PAINTING** | | | 18,154.95 | 16.65% |
| Coverage: Dwelling | @ | 100.00% = | 18,154.95 | |
| **SPECIALTY ITEMS** | | | 150.72 | 0.14% |
| Coverage: Dwelling | @ | 100.00% = | 150.72 | |
| **WATER EXTRACTION & REMEDIATION** | | | 404.64 | 0.37% |
| Coverage: Dwelling | @ | 100.00% = | 404.64 | |
| **O&P Items Subtotal** | | | 87,690.89 | 80.43% |
| **Material Sales Tax** | | | 2,103.46 | 1.93% |
| Coverage: Dwelling | @ | 100.00% = | 2,103.46 | |
| **Cleaning Mtl Tax** | | | 36.36 | 0.03% |
| Coverage: Dwelling | @ | 97.17% = | 35.33 | |

Case ID: 26040169



**Insurance Adjusting Services of Western PA**

P.O.Box 38021
Pittsburgh, PA 15238
Phone: 800-482-9180
Fax: 412-773-1155
Email: iaswestpenn@gmail.com
EIN#75-2995495

| | | | | |
|---|---|---|---|---|
| Coverage: Contents | @ | 2.83% = | 1.03 | |
| **Overhead** | | | **8,983.05** | **8.24%** |
| Coverage: Dwelling | @ | 97.77% = | 8,782.90 | |
| Coverage: Contents | @ | 2.23% = | 200.15 | |
| **Profit** | | | **8,983.05** | **8.24%** |
| Coverage: Dwelling | @ | 97.77% = | 8,782.90 | |
| Coverage: Contents | @ | 2.23% = | 200.15 | |
| **Cleaning Sales Tax** | | | **1,226.03** | **1.12%** |
| Coverage: Dwelling | @ | 96.66% = | 1,185.05 | |
| Coverage: Contents | @ | 3.34% = | 40.98 | |
| **Total** | | | **109,022.84** | **100.00%** |

****IMPORTANT PLEASE READ****

Thank you for your interest in our company, we are committed to service you.

This estimate could not be considered final and may vary due to hidden damages. Our pictures do not illustrate all the damages on the property.

The scope of damages noted herein is based on visual inspection; any and all hidden damages will be addressed in the future upon discovery. Any errors or omissions will be corrected as soon as we are made aware of them.

Any errors or omissions do not constitute any misrepresentation on the part of the estimator, representative of the insured, it is only an error that will be corrected as soon as possible. Nothing herein constitutes, nor should it be constituted as a waiver of the rights of the policyholder under their insurance policy.

Case ID: 26040169

Canon

**Business Process Services**

Screening Center

**APPROVED**

CERTIFIED MAIL

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 2136 5199 96

WHEELER
DIULIO &
BARNABEI

THE PROPERTY DAMAGE ATTORNEYS

1650 Arch Street, Suite 2200
Philadelphia, Pennsylvania 19103

TO:

Granite State Insurance Company
1271 Avenue of the Americas
Floor 37
New York, NY 10020

Package Tracking Label

Legal (Lenexa, KS)

Location:

Sender:          WHEELER DIULIO & BARNABEI
Received Date:   Apr 17, 2026 12:36 PM

pitney bowes

9589071052702136519996

FIRST-CLASS



US
ZIP
02
000

